UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

SANTIAGO GELVES LOZANO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

-against-

KBJ CONSTRUCTION CORP. AND BIENVENIDO MEJIA,

Defendants.

---------------------------------------------------------- X

26-CV-9344 (VSB)

**ORDER OF REFERENCE**

VERNON S. BRODERICK, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: ______________________ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ______________________ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: ______________ |

SO ORDERED.

Dated: October 29, 2026
New York, New York

Vernon S. Broderick
United States District Judge