**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

SANTIAGO GELVES LOZANO,

Plaintiff,

-against-

BIENVENIDO MEJIA, et al.,

Defendants.

-----------------------------------------------------------x

26-CV-9344 (VSB) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, January 06, 2027 at 2:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 10, 2026
New York, New York